11/2/2016 11:43 AM
2016-L-010795
CALENDAR: J
PAGE 1 of 4
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
LAW DIVISION
CLERK DOROTHY BROWN

ID 20028

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT - LAW DIVISION

DAVID TANG, )
)
Plaintiffs, )
)
vs. ) No.
)
SOUTHEAST DIRECTIONAL DRILLING, LLC, )
a PLH GROUP COMPANY and ZACHARY DAHL, )
)
Defendants. )

## COMPLAINT AT LAW

### COUNT I - NEGLIGENCE
**(SOUTHEAST DIRECTIONAL DRILLING, LLC, a PLH GROUP COMPANY)**

Plaintiff, DAVID TANG, by and through his attorneys, PASSEN LAW GROUP, for his Complaint at Law against the Defendants, SOUTHEAST DIRECTIONAL DRILLING, LLC, a PLH GROUP COMPANY, and ZACHARY DAHL, states as follows:

1. At all times relevant, defendant, SOUTHEAST DIRECTIONAL DRILLING, LLC, a PLH GROUP COMPANY ("SOUTHEAST") was a limited liability company doing business in the County of Cook, State of Illinois.

2. At all times relevant, defendant, SOUTHEAST owned a 2007 Chevy Pick-up bearing Illinois license plate CJ19653 ("Pick-up").

3. At all times relevant, ZACHARY DAHL ("DAHL"), was employed by SOUTHEAST.

4. On March 17, 2016, SOUTHEAST, by and through its employee, DAHL, operated the Pick-up in a southbound direction on Elmhurst Road before attempting to turn left onto a private



EXHIBIT A

road or driveway at or near 1100 Elmhurst Road, in the City of Elk Grove, County of Cook, State of Illinois.

5. At the time and place aforesaid, DAHL, was acting within the course and scope of his employment with SOUTHEAST.

6. On March 17, 2016, Plaintiff, DAVID TANG, was operating a motor vehicle in a northbound direction at or near 1100 Elmhurst Road, in the City of Elk Grove, County of Cook, State of Illinois.

7. On March 17, 2016, the Pick-up operated by DAHL, attempted to make a left hand turn off of Elmhurst Road into a private road or driveway when it struck the motor vehicle operated by plaintiff, DAVID TANG northbound on Elmhurst Road.

8. On March 17, 2016, Defendant, SOUTHEAST, by and through the actions of its employee, DAHL, was negligent in one or more of the following ways:

   a. Failed to yield the right-of-way to plaintiff's vehicle approaching from the opposite direction before turning into a private road or driveway, in violation of 625 ILCS 5/11-902;

   b. Crossed the center lane and drove into oncoming traffic when it was unsafe to do so;

   c. Failed to decrease speed, give audible warning or take evasive action so as to avoid colliding with another vehicle; and

   d. Failed to keep and maintain a proper and sufficient lookout.

9. As a direct and proximate result of one or more of the aforesaid negligent acts or omissions of Defendant, SOUTHEAST DIRECTIONAL DRILLING, by and through its employee, DAHL, Plaintiff, DAVID TANG, suffered and will continue to suffer injuries of a personal, pecuniary and permanent nature.

WHEREFORE, Plaintiff, DAVID TANG, prays for the entry of judgment in his favor and against the Defendants, PLH GROUP, INC., by its subsidiary SOUTHEAST DIRECTIONAL DRILLING, LLC, PLH CONSTRUCTORS, INC., d/b/a SOUTHEAST DIRECTIONAL DRILLING, LLC, and ZACHARY DAHL, in an amount in excess of FIFTY THOUSAND DOLLARS ($50,000) DOLLARS plus costs.

## COUNT II – NEGLIGENCE
### (ZACHARY DAHL)

Plaintiff, DAVID TANG, by and through his attorneys, PASSEN LAW GROUP, for his Complaint at Law against the Defendant, ZACHARY DAHL, states as follows:

1-7. Plaintiff repeats, readopts and realleges Paragraphs 1 through 7 of Count I and Paragraphs 1 through 7 of Count II as if specifically alleged herein.

8. On March 17, 2016, Defendant, DAHL, was negligent in one or more of the following ways:

   a. Failed to yield the right-of-way to plaintiff's vehicle approaching from the opposite direction before turning into a private road or driveway, in violation of 625 ILCS 5/11-902;

   b. Crossed the center lane and drove into oncoming traffic when it was unsafe to do so;

   c. Failed to decrease speed, give audible warning or take evasive action so as to avoid colliding with another vehicle; and

   d. Failed to keep and maintain a proper and sufficient lookout.

9. As a direct and proximate result of one or more of the aforesaid gross negligent acts or omissions of Defendant, DAHL, Plaintiff, DAVID TANG, suffered and will continue to suffer injuries of a personal, pecuniary and permanent nature.

WHEREFORE, Plaintiff, DAVID TANG, prays for the entry of judgment in his favor and against the Defendant, ZACHARY DAHL, in an amount in excess of FIFTY THOUSAND DOLLARS ($50,000) DOLLARS plus costs.

Respectfully submitted,

PASSEN LAW GROUP

By: _____
Attorney for Plaintiffs

**PASSEN LAW GROUP**
Stephen M. Passen (spassen@passenlaw.com)
Matthew A. Passen (mpassen@passenlaw.com)
One East Wacker Drive, Suite 1750
Chicago, Illinois 60601

ELECTRONICALLY FILED
11/2/2016 11:43 AM
2016-L-010795
PAGE 4 of 4

 **CT Corporation**

**Service of Process Transmittal**
11/08/2016
CT Log Number 530154460

TO: Carolyn Lam
PLH Group, Inc.
400 Las Colinas Blvd E Ste 800
Irving, TX 75039-5567

RE: **Process Served in Illinois**

FOR: Southeast Directional Drilling, LLC (Domestic State: MN)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| TITLE OF ACTION: | David Tang, Pltf. vs. SOUTHEAST DIRECTIONAL DRILLING, LLC, et al., Dfts. |
| DOCUMENT(S) SERVED: | Summonses, Complaint |
| COURT/AGENCY: | Cook County Circuit Court - County Department - Law Division, IL<br>Case # 2016L010795 |
| NATURE OF ACTION: | Personal Injury - Vehicle Collision - 3/17/2016 |
| ON WHOM PROCESS WAS SERVED: | C T Corporation System, Chicago, IL |
| DATE AND HOUR OF SERVICE: | By Process Server on 11/08/2016 at 10:30 |
| JURISDICTION SERVED: | Illinois |
| APPEARANCE OR ANSWER DUE: | Within 30 days after receipt, not counting the day of receipt |
| ATTORNEY(S) / SENDER(S): | Stephen M. Passen<br>PASSIEN LAW GROUP<br>One East Wacker Drive, Suite 1 750<br>Chicago, il 60601 |
| ACTION ITEMS: | CT has retained the current log, Retain Date: 11/09/2016, Expected Purge Date: 11/14/2016<br><br>Image SOP<br><br>Email Notification, LeAnn Wray lwray@powerlinesinc.com<br><br>Email Notification, Carolyn Lam cnlam@plhgroupinc.com |
| SIGNED:<br>ADDRESS:<br><br>TELEPHONE: | C T Corporation System<br>208 South LaSalle Street<br>Suite 814<br>Chicago, IL 60604<br>312-345-4336 |


EXHIBIT B

Page 1 of 1 / MZ

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

Summons - Alias Summons (12/31/15) CCG N001

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

DAVID TANG

v.

SOUTHEAST DIRECTIONAL DRILLING

No. 2016-L-010795

Defendant Address:
SOUTHEAST DIRECTIONAL DRILLING
R/A CT CORPORATION SYSTEM
208 S LASALLE STREET
CHICAGO, IL 60604

☑ SUMMONS ☐ ALIAS - SUMMONS

To each defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☑ Richard J. Daley Center, 50 W. Washington, Room 801, Chicago, Illinois 60602

☐ District 2 - Skokie
5600 Old Orchard Rd.
Skokie, IL 60077

☐ District 3 - Rolling Meadows
2121 Euclid 1500
Rolling Meadows, IL 60008

☐ District 4 - Maywood
Maybrook Ave.
Maywood, IL 60153

☐ District 5 - Bridgeview
10220 S. 76th Ave.
Bridgeview, IL 60455

☐ District 6 - Markham
16501 S. Kedzie Pkwy.
Markham, IL 60428

☐ Richard J. Daley Center
50 W. Washington, LL-01
Chicago, IL 60602

You must file within 30 days after service of this Summons, not counting the day of service.

**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.**

To the officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

☐ Atty. No.: 20028
Name: PASSEN STEPHEN M
Atty. for: DAVID TANG
Address: 1 E WACKER DR #1750
City/State/Zip Code: CHICAGO, IL 60601
Telephone: (312) 527-4500
Primary Email Address: ksanchez@passenlaw.com
Secondary Email Address(es):
ksanchez@passenlaw.com

Witness: Wednesday, 02 November 2016

DOROTHY BROWN, Clerk of Court

Date of Service: _____
(To be inserted by officer on copy left with Defendant or other person)

**Service by Facsimile Transmission will be accepted at:

_____
(Area Code) (Facsimile Telephone Number)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

---

DIE DATE
11/25/2016

DOC.TYPE: LAW
CASE NUMBER: 16L010795
DEFENDANT
SOUTHEAST DIRECTIONAL DRILLING
208 S LASALLE
CHICAGO, IL 60604

SERVICE INF
RM 801 R/A
CORPORATI

ATTACHED

Summons - Alias Summons (12/31/15) CCG N001

# IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

DAVID TANG

v.

SOUTHEAST DIRECTIONAL DRILLING

No. 2016-L-010795

Defendant Address:
SOUTHEAST DIRECTIONAL DRILLING
R/A CT CORPORATION SYSTEM
208 S LASALLE STREET
CHICAGO, IL 60604

☑ SUMMONS ☐ ALIAS - SUMMONS

To each defendant:
YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☑ Richard J. Daley Center, 50 W. Washington, Room 801, Chicago, Illinois 60602

☐ District 2 - Skokie
5600 Old Orchard Rd.
Skokie, IL 60077

☐ District 3 - Rolling Meadows
2121 Euclid 1500
Rolling Meadows, IL 60008

☐ District 4 - Maywood
Maybrook Ave.
Maywood, IL 60153

☐ District 5 - Bridgeview
10220 S. 76th Ave.
Bridgeview, IL 60455

☐ District 6 - Markham
16501 S. Kedzie Pkwy.
Markham, IL 60428

☐ Richard J. Daley Center
50 W. Washington, LL-01
Chicago, IL 60602

You must file within 30 days after service of this Summons, not counting the day of service.

IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.

To the officer:
This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

☐ Atty. No.: 20028
Name: PASSEN STEPHEN M
Atty. for: DAVID TANG
Address: 1 E WACKER DR #1750
City/State/Zip Code: CHICAGO, IL 60601
Telephone: (312) 527-4500
Primary Email Address: ksanchez@passenlaw.com
Secondary Email Address(es):
ksanchez@passenlaw.com

Witness: Wednesday, DOROTHY BROWN, CLERK OF THE CIRCUIT COURT

DOROTHY BROWN, Clerk of Court

Date of Service: _____
(To be inserted by officer on copy left with Defendant or other person)

**Service by Facsimile Transmission will be accepted at:

_____
(Area Code) (Facsimile Telephone Number)

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

DIE DATE
11/25/2016

DOC.TYPE: LAW
CASE NUMBER: 16L010795
DEFENDANT
SOUTHEAST DIRECTIONAL DRILLING
208 S LASALLE
CHICAGO, IL 60604

SERVICE INF
RM 801 R/A
CORPORATI

ATTACHED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAVID TANG,<br><br>      Plaintiff,<br><br>v.<br><br>SOUTHEAST DIRECTIONAL<br>DRILLING, LLC, a PLH GROUP<br>COMPANY and ZACHARY DAHL, | Case No. 16-cv-11102<br><br>Illinois State Court Case No.<br>2016 L 010795 |

## NOTICE OF FILING

TO:   Stephen M. Passen
        Passen Law Group
        One East Wacker Drive, Suite 1750
        Chicago, IL 60601

PLEASE TAKE NOTICE that on **December 6, 2016** we filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **Defendant, SOUTHEAST DIRECTIONAL DRILLING, LLC'S, Notice of Removal,** a copy of which is attached hereto.

Respectfully Submitted

_____
One of their attorneys

Patton & Ryan, LLC
John W. Patton, Jr.
Mark A. Javier
330 North Wabash Street, Suite 3800
Chicago, IL 60611
Phone: 312-261-5160
Fax: 312-261-5161
mjavier@pattonryan.com



EXHIBIT C

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn, certifies that she served the above documents by mailing the same to the party listed above at their correct mailing address, postage prepaid via the U.S. mail chute located at 330 North Wabash, Chicago, IL 60611 on or before 5:00 PM on December 6, 2016.

_____
Nicole Bonek, Legal Assistant